IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHARLES THOMAS CAMERON | ) | Case No. 3:18-32028-SHB |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## NOTICE OF AMENDMENT

Comes now the Debtor, by and through counsel, and pursuant to E.D. Tenn. LR 1009-1(b), does hereby give notice of the following amendment(s):

Amending Disclosure of Compensation of Attorney For Debtor(s) to add additional language to paragraph 3 to clarify that client(s) understand the balance is discharged and any payments are voluntary.

**Dated: December 5, 2018**

/s/Richard M. Mayer
/s/John P. Newton, Jr.
Richard M. Mayer, #5534
John P. Newton, Jr., #010817
Attorneys at Law

CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Amendment has been served upon the following parties as follows:

Tiffany Diiorio (Email)
Office of the U.S. Trustee

F. Scott Milligan (ECF)
Chapter 7 Trustee

        /s/Richard M. Mayer
        /s/John P. Newton, Jr.
        Richard M. Mayer, #5534
        John P. Newton, Jr., #010817
        Attorneys at Law

**Dated: December 5, 2018**

# United States Bankruptcy Court
## Eastern District of Tennessee

| | | | |
|---|---|---|---|
| In re | **Charles Thomas Cameron** | Case No. | **3:18-bk-32028-SHB** |
| | Debtor(s) | Chapter | **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)-AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **1,162.00** |
   | Prior to the filing of this statement I have received | $ | **462.00** |
   | Balance Due | $ | **700.00** |

2. The source of the compensation paid to me was:

   [✓] Debtor     [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [ ] Debtor     [✓] Other (specify): **Debtor has been advised that any fees not paid pre-petition and shown above as the "balance due" will be discharged and any payment is strictly voluntary.**

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability or discharge actions, any other adversary proceeding and Motions to Redeem under 11 USC 722.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **12/05/2018** | **/s/ Richard M. Mayer  /s/ John P. Newton** |
| Date | **Richard M. Mayer  / John P. Newton** |
| | *Signature of Attorney* |
| | **Law Offices of Mayer & Newton** |
| | **1111 Northshore Drive  S-570** |
| | **Knoxville, TN 37919** |
| | **(865) 588-5111  Fax: (865) 588-6143** |
| | **mayerandnewton@mayerandnewton.com** |
| | *Name of law firm* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Amendment has been forwarded as follows:

Tiffany Diiorio (Email)
Office of the U.S. Trustee

F. Scott Milligan (ECF)
Chapter 7 Trustee

Dated: 12/05/2018                                                    /s/John P. Newton /s/Richard M. Mayer
                                                                     John P. Newton   #010817
                                                                     Richard M. Mayer #0054